AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DONALD MORRISON,

      Plaintiff,

V.

NEVADA BOARD OF PAROLE COMMISSIONERS,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:14-cv-00088-MMD-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed in its entirety with prejudice for failure to state a claim.


  June 9, 2014                                      **LANCE S. WILSON**
                                                        Clerk

                                                       /s/ D. R. Morgan
                                                        Deputy Clerk